DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ANTHONY ANDREWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D19-2279

————————————————

September 15, 2021

Appeal from the Circuit Court for Lee County; Thomas S. Reese,
Judge.

Howard L. Dimmig, II, Public Defender, and Richard J. D'Amico,
Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.